IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| THOMAS D. OVERTON,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER WHEELER, OFICER DAHM, OFFICER HEATH, and OFFICER SHALLADAY,<br><br>Defendants. | No. 4:20-cv-00150-RGE-HCA<br><br>ORDER DENYING MOTIONS |

Plaintiff Thomas D. Overton filed this pro se complaint under 42 U.S.C. § 1983. ECF No. 1. Defendants have filed a motion for summary judgment. ECF No. 31. Overton resists the motion for summary judgment. ECF No. 40. Attached to his resistance is his affidavit, medical records, and photographs. *See* ECF No. 40-1.

Before responding to the motion for summary judgment, however, Overton filed a renewed request for counsel and requested additional time to respond to the motion because he was in a locked status at his federal facility. *See* ECF Nos. 32, 33, 34, 37, and 39. Because Overton has now filed a full response to the motion for summary judgment, these are moot.

**IT IS ORDERED** that Plaintiff Thomas D. Overton's motions for reconsideration to amend his discovery, ECF No. 32, renewed motion for counsel, ECF No. 33, and motion for extension of time to file discovery, ECF No. 34, are **DENIED** as moot.

**IT IS FURTHER ORDERED** that Plaintiff Thomas D. Overton's motion to continue, ECF No. 37 and "Motion to Prevent Federal Correctional Center from Denying Plaintiff Access to the Court," ECF No. 39, are also **DENIED** as moot.

**IT IS SO ORDERED.**

Dated this 9th day of March, 2021.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE